*Lionel B. Gumnit,* for appellant.

*James Dessen,* for appellee.

OPINION PER CURIAM, January 15, 1969:
Judgment affirmed.

Joseph *v.* Weinrott et ux., Appellants.

Argued November 19, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Benjamin E. Zuckerman,* with him *Charles A. Kerlavage,* and *Wright, Spencer, Manning & Sagendorph,* for appellants.

*Jerome H. Ellis,* with him *James F. McCort,* for appellees.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.
Mr. Chief Justice BELL dissents.